UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EUNHASU CORPORATION,

                Plaintiff,

                19-CV-7696 (JPC)

   -v-

                ORDER

NORGUARD INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    During the July 6, 2021 conference, the Court set a trial-ready date of March 7, 2022. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-pcronan.

    The joint proposed pretrial order and all other required pretrial filings, including any motions *in limine*, shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by February 7, 2022. Any opposition to a motion *in limine* shall be filed by February 14, 2022. The parties should submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by March 2, 2022. The parties shall appear for a final pretrial conference on March 1, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

    SO ORDERED.

Dated: July 7, 2021
      New York, New York

                                         JOHN P. CRONAN
                                         United States District Judge